IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RUSSELL BERGER,
ADC #115855                                                                                    PLAINTIFF

v.                                       2:08CV00057 JMM/HLJ

MR. BELL, et al.                                                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge H. David Young. After a review of those proposed findings and recommendations, the timely objections received thereto including plaintiff's sur-reply and declaration (dockets # 26 and 27), and the defendants' response, as well as a _de novo_ review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion for preliminary injunction (DE #3) is hereby DENIED.

IT IS SO ORDERED this 9th day of June, 2008.


_____
UNITED STATES DISTRICT JUDGE