IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RUSSELL BERGER                                                                                    PLAINTIFF
ADC #115855

VS.                             CASE NO. 2:08CV00057 JMM

JAMES BELL, et al.                                                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS, THEREFORE, ORDERED that Defendants' motion for summary judgment (DE #23) is GRANTED IN PART, with respect to Plaintiff's allegations against them concerning the denial of meditation cushions, and DENIED with respect to Plaintiff's allegations concerning the denial of a religious diet.

SO ORDERED this 22nd day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE