IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RUSSELL BERGER,                                                                       PLAINTIFF
ADC #115855

VS.                              CASE NO. 2:08CV00057 JMM

MR. BELL, et al.                                                                      DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS, THEREFORE, ORDERED that Plaintiff's motions for order and protective order, which this Court construes as motions for preliminary injunctive relief (DE ## 40, 41, 63, 66), are hereby DENIED.

SO ORDERED this 5th day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE