IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RUSSELL BERGER,
ADC #115855                                                                                              PLAINTIFF

v.                                                  2:08CV00057HLJ

MR. BELL, et al.                                                                                       DEFENDANTS

## ORDER

On September 29, 2008, plaintiff filed a notice of appeal from the Court's September 22, 2008 Order (DE #59). On November 17, 2008, plaintiff filed a motion for leave to appeal in forma pauperis, together with a declaration and a motion to order compliance, stating that the bookkeeper at his Unit would not complete the financial form required for his in forma pauperis application. By Order dated December 1, 2008, this Court granted plaintiff's motion for compliance, and directed that a copy of the Order and the inmate trust fund calculation sheet be forwarded to the bookkeeper at plaintiff's Unit. As of this date, the Court has not received the necessary information concerning plaintiff's inmate trust fund account. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff shall file the appropriate financial information needed to process his motion to proceed on appeal in forma pauperis within fifteen days of the date of this Order. The Clerk is hereby directed to forward to the plaintiff a copy of the inmate trust fund calculation sheet. The Clerk is also directed to forward a copy of this Order to the Bookkeeper, East Arkansas Regional Unit, P.O. Box 180, Brickeys, AR 72320-0180.

IT IS SO ORDERED this 12th day of January, 2009.

_____
United States Magistrate Judge