IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RUSSELL BERGER,
ADC #115855                                                                                      PLAINTIFF

v.                                            2:08CV00057HLJ

MR. BELL, et al.                                                                                DEFENDANTS

ORDER

The February 5, 2009 appointment of attorney Herbert T. Wright, Jr., is hereby WITHDRAWN.

Pursuant to Local Rule 83.7, Michele Simmons Allgood, Williams & Anderson, PLLC, 111 Center Street, Suite 2200, Little Rock, AR 72201-2413, 501-372-0800 is hereby appointed to represent plaintiff Russell Berger in all further proceedings in this action.

THE CLERK IS HEREBY DIRECTED to send counsel and plaintiff a copy of this Order. Counsel is also directed to access and review Local Rule 83.7 regarding appointment of counsel, and Local Rule 83.6 regarding reimbursement of out-of-pocket expenses, through the Court's web site (www.are.uscourts.gov).[1]  Pursuant to Rule 83.7, counsel must make written application to withdraw within fifteen (15) days; otherwise, the appointment will be effective.

IT IS SO ORDERED this 6th day of February, 2009.

_____
United States Magistrate Judge

---

[1] Counsel may review the case file <u>once</u>, at no charge, from the Court's PACER system, which may be accessed by registering through the Court's web site.  Thereafter, appointed counsel shall contact the court-room deputy to obtain a copy of the file.

1