IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RUSSELL BERGER,
ADC #115855                                                                                          PLAINTIFF

v.                                         2:08CV00057JMM/HLJ

MR. BELL, et al.                                                                                   DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's pro se motion for order, which this Court construes as a motion for preliminary injunctive relief (DE #114), is hereby DENIED.

IT IS SO ORDERED this 14th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE