*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF ARKANSAS*
*EASTERN DIVISION*

RUSSELL BERGER, ADC 115855                                                                          PLAINTIFF

vs.                                      CASE NO.  2:08cv00057 JMM/HLJ

BELL, et al                                                                                                      DEFENDANTS

## ORDER OF DISMISSAL

Plaintiff's motion to dismiss action by reason of settlement (DE #135) is granted.

The complaint and all claims as to all defendants in this action are hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

IT IS SO ORDERED this 28th day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE