IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RUSSELL BERGER                                                                                              PLAINTIFF

Vs.                                      CASE NO.  2:08cv00057 JMM

BELL, et al                                                                                                    DEFENDANTS

## ORDER

Pending before the Court is the Application filed October 27, 2009, by Andrew King, for the reimbursement of out-of-pocket expenses (DE #138). Having considered the application pursuant to the guidelines and policies of the Library Fund, the Court orders that the Clerk of the Court disburse money from the Library Fund in the amount of one hundred sixty one dollars and thirty-four cents ($161.34) and distribute it to the named applicant.  A copy of this Order, together with the application, shall be placed in the Library Fund file maintained by the Clerk of the Court.

IT IS SO ORDERED this 2nd day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE